JOHN K. FLOCK ESQ. (SBN 200183)
THARPE & HOWELL, LLP
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
Email: jflock@tharpe-howell.com

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

J S - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANT SAFARYAN,<br><br>             Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 to 50, inclusive,<br><br>             Defendants. | Case No. 2:22-cv-02412-SSS (MARx)<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: February 28, 2022 |

1  Pursuant to the Stipulation of the parties under Federal Rule of Civil
2  Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND
3  HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes
4  of action, and parties, with each party bearing that party's own attorney's fees and
5  costs. The Clerk is directed to close the file.

6  The parties further agreed that the Court shall retain jurisdiction for the
7  purposes of enforcing the terms of the parties' Settlement Agreement.

Dated: September 26, 2023

_____
HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**ORDER OF DISMISSAL**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Haik Beloryan, Esq.<br>BELORYAN & MANUKYAN, LLP<br>4730 Woodman Ave., Suite 405<br>Sherman Oaks, CA 91423<br>(818)387-6428 Phone<br>(818)387-6893 Fax<br>litigation@bmsllp.com<br>beloryanlaw@gmail.com<br>vahe.shakhgeldyan@bmsllp.com<br>jonathan.postajian@bmsllp.com | Attorneys for Plaintiff<br>SHANT SAFARYAN |

5. a. **X** **BY ELECTRONIC TRANSMISSION.** By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See Below*

[ x ]   (FEDERAL):   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| | | |
|---|---|---|
| 9/25/23 | Candice VanDeudekom | |
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\32000-000\32958\Pleadings\FEDERAL\Order of Dismissal.docx